# LAW OFFICES OF PETER GUADAGNINO
## A PROFESSIONAL CORPORATION

**PETER GUADAGNINO, ESQ.**
ATTORNEY AND COUNSELOR AT LAW

30 WALL STREET, 8TH FLOOR
NEW YORK, NEW YORK 10005
OFFICE (212) 709-8099
FASCIMILE (718) 213-4744

October 28, 2019

**BY ECF**
The Honorable Ann M. Donnelly
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  United States v. Maruf Alam
     Criminal Docket No. 19-CR-342 (AMD)

Dear Judge Donnelly:

    Mr. Alam respectfully requests to expand the territory to where he is permitted to travel while on pre trial release to include the State of Pennsylvania.

    When Mr. Alam was arraigned on the complaint on August 8, 2019, he was allowed to travel, while on pre trial release, to the State of New York and New Jersey. Mr. Alam would like to expand his permission to travel to Pennsylvania in order to explore future employment opportunities in that state.

    I have informed A.U.S.A. Nathan Reilly that I would be making this request on Mr. Alam's behalf and he has **no objection** to this request.

Respectfully submitted,

*Peter Guadagnino*

Peter Guadagnino, Esq.
Attorney for Maruf Alam