# LAW OFFICE OF ALI NAJMI
## 261 MADISON AVENUE, 12TH FLOOR
## NEW YORK, NEW YORK 10016
## (212) 401-6222
## ALI@NAJMILAW.COM

**VIA ECF**

January 31, 2020

Hon. Ann M. Donnelly
United States District Judge
United States District Court
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, New York 11201

>            **RE: USA v. Maruf Alam (Case No. 1:19-cr-00342-AMD-RML-1)**

Dear Judge Donnelly:

      The court is presently scheduled to sentence Mr. Alam on February 18, 2020. We are respectfully requesting an adjournment of Mr. Alam's sentencing to April 14, 2020 or any date suitable to the court thereafter.  We are requesting additional time in order finalize the pre-sentencing memorandum to be submitted to Your Honor.  This is Mr. Alam's first and only request for an adjournment of his sentencing date.

      We have communicated our intent to request an adjournment with Assistant United States Attorney Nathan Reilly, and he has represented to us that his office has no objection to our request.

      Respectfully Submitted,

      _____/s/_____
      Ali Najmi, Esq.
      NY State Bar # 4853149
      261 Madison Avenue, 12th Floor
      NY, NY 10016
      T: (212) 401-6222
      E: ali@najmilaw.com
      *Counsel for Defendant*

CC: AUSA Nathan Reilly (By ECF)