U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RTP:NR/MCM
F. #2019R0933

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 17, 2020

By ECF

Honorable Ann M. Donnelly
United States District Judge
Theodore Roosevelt Federal Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Maruf Alam
                 19-CR-342 (AMD)

Dear Judge Donnelly:

      The government respectfully submits this request, which is joined by the defendant, to adjourn the sentencing proceedings in the above-referenced matter that are currently scheduled for August 27, 2020. The parties make this request so that Court will have sufficient time to review their forthcoming submissions and to allow the parties to address the best mechanism to effect restitution in this matter.

      The parties have consulted with the Court's deputy, who has indicated that the Court is available on October 9, 2020 at 11:00 a.m. The parties respectfully request that the sentence be adjourned to that date and time.

      Respectfully submitted,

      SETH D. DuCHARME
      Acting United States Attorney

By:    _____
       Nathan Reilly
       Assistant U.S. Attorney
       (718) 254-6196