# CONSULTING PROJECT

## PRE-SENTENCE MEMORANDUM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THE PEOPLE OF THE UNITED STATES OF AMERICA
-against-

Maruf "Mitu" Alam
Criminal Docket No. 19-CR-342 (AMD)

HONORABLE ANN M. DONNELLY

Respectfully submitted,

Antonella Caiazza, LMSW
Forensic Social Work Consultant

Reynaldo Cusicanqui, B.A.
Forensic Mitigation Specialist
CONSULTING PROJECT

Ali Najmi, Esq.
The Law Office of Ali Najmi
261 Madison Avenue, 12th Floor
New York, New York 10016
DEFENSE COUNSEL

October 9, 2020

# CONTENTS

INTRODUCTION................................................................................Pg. 2

PSYCHOSOCIAL HISTORY.........................................................Pg. 5

      FAMILY HISTORY..............................................................Pg. 5

      EDUCATION & EMPLOYMENT HISTORY.......................Pg. 8

      MR. ALAM'S PUBLIC SERVICE AND ACHIEVEMENTS.........Pg. 11

      MENTAL HEALTH HISTORY.............................................Pg. 15

      SUBSTANCE ABUSE HISTORY.........................................Pg. 15

      MEDICAL HISTORY...........................................................Pg. 16

CLINICAL & EVIDENCE-BASED CONCLUSIONS.........................Pg.16

RECOMMENDATIONS....................................................................Pg. 18

Attachments:

1. Letter from Mr. Alam's parents

2. Article regarding Mr. Alam's sister: "Hunter College Student Safia Mahjebin Wins Prestigious Truman Scholarship"

3. Citation of Honor-Director of Community Affairs District 51-signed by Charles H. Hynes-District Attorney of Kings County

4. Photographs of Mr. Alam assisting with Hurricane Sandy Relief

5. Character Letter written by Lillian Marshall-President of Redhook West Residence Association

6. College of Staten Island Enrollment Verification (Spring 2020) for Mr. Alam

## INTRODUCTION

This pre-sentence memorandum has been prepared by the Consulting Project, a private mitigation and forensic social work firm that assists defense attorneys with evaluations of individual clients and cases, with a view toward presenting alternative plea and sentencing possibilities to the Court and the United States Attorney's Office. Our staff is comprised of Certified Social Workers, Forensic Mental Health Specialists, and Forensic Psychologists who serve as consultants. We use these experts to evaluate the mindset and psychosocial background of individuals that are involved in the criminal justice system with the intent of better understanding their criminal behavior and ways to prevent recidivism. We understand and consider all the interests involved, including the safety of the community, and provide options that will ideally reduce recidivism and provide adequate treatment to promote accountability.

The pre-sentence memorandum includes a detailed psychosocial based on multiple clinical assessments that is being provided to the Court and United States District Attorney's Office, at the request of Mr. Alam's defense attorney, Ali Najmi, Esq. This report was prepared and completed by Reynaldo Cusicanqui, a Forensic Mitigation Specialist and Antonella Caiazza, LMSW, a Forensic Social Work Consultant with the Consulting Project. Mr. Cusicanqui has worked as a Forensic Mitigation Specialist and Sentencing Advocate since 1995. Due to his lengthy experience, he has knowledge of psychosocial contributors and extensive knowledge of criminal behavior derived from evaluating over 4,000 defendants in the state and federal court systems. He has also derived most of his forensic experience in mitigation from being appointed as a lead Mitigation Specialist on numerous death penalty eligible matters in the United States District Court for the Southern and Eastern Districts of New York.

I, Antonella Caiazza, LMSW obtained my Master of Social Work from Fordham University and am also licensed by the State of New York Department of Education as a Licensed Master Social Worker. My area of expertise is trauma-informed care. I have experience assessing individuals with psychiatric disorders, including Major Depressive Disorder and Anxiety Disorder, as well as assessing complex trauma histories and chronic stressors which affect an individual's mental health. Left untreated, symptoms of mental health disorders may impact decision-making skills and may develop into comorbid substance abuse disorders. I examine the individual holistically, which includes consideration of risk factors that may have contributed to their chronic stress, environmental and social stressors that may be impacting an individual's mental health, and protective factors showing resilience and higher probability of positive outcomes if given the proper supports. Along with Reynaldo Cusicanqui and the client's attorney, I have been successful at providing a holistic picture of a client's background and presenting mitigating factors that deserve consideration of alternative sentencing dispositions.

Mr. Alam agreed to undergo various psychosocial assessments for the purpose of providing the Court and United States Attorney's Office with a holistic picture of his psychosocial history as it pertains to his pending criminal court case. This report aims to provide the Court and United States Attorney's Office with relevant details regarding Mr. Alam's psychosocial history and character and to present the Court with clinical insight regarding the possible repercussions Mr. Alam and his family may face if he is incarcerated. The purpose of the report is not to negate or lessen the serious nature of the criminal offense, but to respectfully recommend a disposition that is not greater than necessary based on the psychosocial mitigating factors detailed herein.

While evaluating Mr. Alam and his case, we ask the Court to respectfully consider a variance when sentencing Mr. Alam due to several mitigating factors:

- Mr. Alam has had no previous contact with the criminal justice system.

- Mr. Alam was selected to manage the campaign account at a very young age, received no training or supervision, and was not qualified for this position at the time this offense occurred.

- Mr. Alam was experiencing chronic stress from his duties as Chief of Staff and his lack of sleep, both factors which can contribute to poor decision-making.

- Mr. Alam is a very successful individual who has dedicated himself to serving others. Mr. Alam is a dedicated public servant who went above and beyond for the constituents of the 51st Assembly District, especially during times of crisis. For example, Mr. Alam organized a major relief effort during Hurricane Sandy for NYCHA residents and Red Hook residents during this time (see attached pictures).

- Mr. Alam's parents have both suffered physically and emotionally since his arrest. A felony conviction would further exacerbate their mental health symptoms and possibly worsen their chronic medical conditions.

- Mr. Alam is providing forfeiture in the total amount of the loss equaling $70,654.94.

- If Mr. Alam is sentenced to a term of incarceration, it would greatly hamper his future employment opportunities.

- Mr. Alam has support from his parents, his sisters, and friends, who are all committed to ensuring he remains an upstanding member of society.

The information in this memorandum is based on extensive interviews with Mr. Alam at our offices in Forest Hills, New York and phone interviews with his parents, as well. In addition, we have carefully reviewed and appended herein various documents confirming details in this memorandum.

## PSYCHOSOCIAL HISTORY

*Family History*

Maruf "Mitu" Alam is a single, 30-year-old Bengali-American male of Bangladeshi descent. He was born on February 9, 1990 in Dhaka, Bangladesh. At the age of seven, Mr. Alam (along with his mother and sister, Safia) emigrated from Bangladesh to the United States. He became a U.S. citizen when he was in middle school. Mr. Alam currently resides in the Kensington neighborhood of Brooklyn, New York with his mother, Murshida Akther (47yo), father, Saiful Alam, and younger sister, Sameena Saudah (13yo). The family has resided in Brooklyn for 25 years. Mr. Alam's other sister, Safia Mehjabin (24yo), lives in Washington, D.C. with her husband. Mr. Alam is currently unemployed, but attending college. Prior to his arrest, Mr. Alam lived alone in an apartment in Sunset Park, when he was not in Albany working for New York State Assemblyman Felix Ortiz (D-Brooklyn).

Mr. Alam stated he has a very close relationship with his parents. At the time of the first interview, he stated he had tried to shelter his younger sisters from the details of his case and arrest. In my clinical and professional opinion, Mr. Alam appeared to be very ashamed and stigmatized of his case. Mr. Alam spoke of his mother's and sister's accomplishments. Mr. Alam's mother has always tried to help people. She is a dedicated Healthcare Case Worker for Kings County Hospital and visits homes of patients with asthma to provide assistance. She also speaks seven languages (Bengal, Urdu, Indie, Arabic, English, and some French). Mr. Alam's sister, Safia, completed her undergraduate studies at Hunter College and is a recipient of a Harry S. Truman Scholarship. (Please refer to the article, "Hunter College Student Safia Mahjebin Wins Prestigious Truman Scholarship", which is attached to this memorandum and has been reviewed carefully, for further information.)

Mr. Alam, Sr. was born in Bangladesh and immigrated to the United States in 1998. He owned a garment business for approximately 10 years in Dhaka, Bangladesh. His sister has managed the business since he left in 1998. Mr. Alam, Sr. is a college graduate who majored in Business Management. He was also the leader of a mosque for 13 years in the community. Mr. Alam, Sr. is the Chairperson of the Board of Trustees of Brooklyn Islamic Center, and Mr. Alam is very active in this mosque and another mosque in the community. He has also recently been involved in plans for the Brooklyn Islamic Center mosque to build a community center on a recently purchased lot in the neighborhood. Mr. Alam, Sr. is very proud of his son. He described him as "a good leader" who was always "like a liaison who helped constituents" via the assemblyman's office and also stated his son is "very ambitious".

Mrs. Alam stated she had a normal pregnancy with her son. He reached all of his milestones and was a very bright child. Mr. Alam, Sr. stated his son was always well-behaved. When he attended school, Mr. Alam had difficulty separating with his mother when his bus arrived in the morning, due to his attachment to his mother. Once he arrived in school, he performed well and adjusted to the school environment.

Shortly before the family immigrated to the United States, opposition parties (such as the Awami League) in Dhaka demanded changes to the electoral process, and when their demands were not met, they went on strike, which directly impacted the economy. Due to the political climate in 1997, the Alam family came to the United States in search of financial stability. The political unrest and financial repercussions he experienced, along with the many challenges he faced as an immigrant, are likely contributing factors related to Mr. Alam's desire to assist immigrants and the impoverished members of his community.

With the assistance of the Diversion Immigrant Visa program, Mr. Alam was able to come to the United States with his mother and sister to join Mr. Alam, Sr. The three flew by plane into John F. Kennedy airport. The family owned a co-op in Brooklyn when they first arrived; they were able to purchase a two-family home in 2000, a few years after living in the United States. Though his mother described him as a shy child, aware of his accent and language barrier that affected him socially in school, Mr. Alam was able to form bonds with friends in the neighborhood. Two friends he remains in contact with (Abdoll and Alah) were among his first friends in Brooklyn and remain close to the family. Mr. Alam was successful in assimilating to the new culture and neighborhood even though at the time, the neighborhood he lived in was also rampant with drug sales and gang activity.

In a letter appended herein, Mr. Alam's parents speak about the great unity the family possesses. He partakes in all the family responsibilities and guardianship of his young sister. They also state that their son is "a great help to the family" and is "thoughtful and responsible".

Mr. Alam commenced his role in public service at age 14, and has always been passionate about it. He is most interested in Disaster Relief and helping others in times of crisis. As a child, Mr. Alam, Jr. would read books about John Glen going to the moon, and he dreamt of working for NASA. He was interested in history and world affairs. From 2003-2007, Mr. Alam became a Youth Leader at a Church and started visiting Albany to meet with legislators. Mr. Alam was involved in St. Michael's Center for Family Life in Sunset Park, when he was in the eighth grade and volunteered his time for the Center, fighting for youth employment and resources for youth in their community. It was during this time that Mr. Alam's passion for public service was ignited further.

Mr. Alam's support system consists of his mother, father, sisters, and several friends. He stated he became accustomed to being a "private person" once he entered the world of politics and that while he always offered support to others, he did not lean on anyone else for emotional or financial support. He also attends his local mosque, Brooklyn Islamic Center, for spiritual guidance and reflection.

### *Education & Employment History*

Mr. Alam completed most of his education in Brooklyn, New York. He began schooling in Bangladesh, until he came to the United States when he was eight years old. Mr. Alam completed one year of school in Bangladesh. He already spoke English when he came to the U.S., as it was a requisite in Bangladesh to learn the English language. According to his mother, Mr. Alam assimilated into the community well when they moved to the U.S. (Brooklyn) and was well-liked by his peers.

Mr. Alam was always successful in school, both in Bangladesh and in his schools in Brooklyn, according to his parents. He did not have any behavioral or developmental concerns. He was often "congratulated for outstanding work", according to his mother. Mr. Alam received awards in school, especially in the area of Social Studies, one of his favorite subjects. She also stated that "he was always interested in politics and helping people". He also always wanted to attend Law School.

When he commenced high school, Mr. Alam began working as an intern. By the age of 20, he spent most of his time devoted to helping the community. He was able to assist with paying the mortgage for his parents' home, even though his parents were not struggling

financially and did not request the financial assistance. Mr. Alam felt it was only proper to contribute financially.

Mr. Alam was studying Political Science and Economics at the College of Staten Island while working for Legislator Felix Ortiz, and was unable to focus on his academics due to working many hours during the election cycle (between 2012 and 2014). He, therefore, discontinued his studies at the time. He is currently enrolled in classes at College of Staten Island to complete a Bachelor's Degree in Civil Engineering. (Please see College of Staten Island Enrollment Verification for the Spring 2020 Semester, which is attached to this memorandum and has been reviewed carefully, for further details.)

Mr. Alam first met Assemblyman Felix Ortiz in 2003, when he was in high school completing an internship. His mother stated, "he was attracted by a strong political influence in the neighborhood" and helping the community "was his lifelong dream". Mr. Alam was very impressed when he met Assemblyman Ortiz, who seemed to genuinely care about his constituents. His motivation and passion as a young leader devoted to public service helped Mr. Alam obtain an internship when he was only 14 years old. As an intern, Mr. Alam assisted with scheduling events and word processing.

Between the ages of 14-18 years old, Mr. Alam volunteered his time after school at the District Office in Brooklyn. In 2008, he was offered a position as Community Liaison in the summer, after his high school graduation. In this role, Mr. Alam represented the Assemblyman at school and community board meetings, tenant association meetings, and precinct council meetings. In 2011, he was promoted to Director of Community Affairs before he became Chief of Staff and Office Director for Assemblyman Ortiz in 2015. He was responsible for working directly with constituents who needed assistance such as food stamps, Medicare and Medicaid,

and Supplemental Security Income. As Chief of Staff, he managed the Albany and Brooklyn offices, campaigns, ballots, the petitioning process, mailings, and communications with voters. He traveled extensively with the Assemblyman to meeting after meeting. In 2019, Mr. Alam was promoted to Director of Constituent Affairs.

In the 16 years he worked for the Assemblyman, Mr. Alam served over 2000 constituent cases related to disaster relief, homelessness, senior assistance, immigration issues, and college readiness programs. He worked with the Edward T. Rogowsky Internship Program in Government & Public Affairs to create a summer internship program for CUNY students. During that period, Mr. Alam also mentored young people who desired to work in government and public affairs.

Mr. Alam is a hardworking individual who was motivated and dedicated to his public service position for Assemblyman Ortiz. He often slept for three or four hours per night because he was so busy managing many responsibilities, likely more responsibilities than he was able to handle, as Mr. Alam did admit he was very overwhelmed and "wore too many hats". He was especially uncomfortable with managing finances, as he felt he was not trained properly and had no prior experience with financial responsibilities of this magnitude. When asked about her son's work ethic, Mrs. Alam stated, "he needs someone to supervise him…he is not good with paperwork". In hindsight, Mr. Alam seemed to regret being too proud to admit he was not proficient in the many areas he was involved in.

Mr. Alam formed a bond with the Assemblyman throughout the years, which may have contributed to his loyalty and fear of failure. He stated he did not aspire to be a Campaign Manager; he always wanted to serve the community, especially the immigrant population, in Brooklyn. He wanted to help people in need by improving public housing, tenant control, and

decreasing gang activity in the Red Hook neighborhood. Mr. Alam formed a bond with the Assemblyman that seems akin to a father-son bond. At the very least, the Assemblyman was a mentor to him. Mr. Alam felt he could not refuse any direct orders from the Assemblyman; he deferred to any instructions given to him by the Assemblyman, even if those instructions were not in compliance with the Election Law.

It is my professional and clinical opinion that Mr. Alam formed a very close bond with the Assemblyman and was emotionally shattered when their bond was broken after his arrest. He, however, accepts that the end to their professional and personal relationship is due to his criminal conduct for which he plead guilty to.

### *Mr. Alam's Public Service & Achievements*

Mr. Alam dedicated his career to helping others, whether it was through disaster relief, building his own community in Brooklyn, or contributing to health and safety measures being implemented in the community. Below is an extensive (but not complete) list of Mr. Alam's acts of public service and achievements (in addition to the accomplishments detailed above).

- Mr. Alam was heavily involved in Hurricane Sandy relief efforts. He directed the Police Athletic League and the Red Hook East/Joseph Miccio Community Center efforts to assist Red Hook community members who lost their homes during the Hurricane. He reached out to friends and contacts for donations to provide supplies, food, and monetary assistance to over 12,000 victims of the Hurricane. He assisted community members with evacuations, emergency assistance, and obtaining much-needed medications. He worked 16-17 hours per day on a volunteer basis, spearheading a very large team of volunteers who went door-to-

door to help community members in need. He also maintained contact with many community members and checked in on them often to offer assistance, if needed. Mr. Alam also hosted annual Thanksgiving dinners for the community center.

- After Hurricane Maria struck, Mr. Alam collected donations of medical supplies and gathered resources to send to Puerto Rico; he visited Puerto Rico during relief efforts, as well. He managed a large team of volunteers and ensured that essentials such as water, dry food, animal food, generators, flashlights, batteries, and reading glasses were distributed to victims.

- In 2008, Mr. Alam along with some friends founded a group called the Young Progressive Democrats. He assisted President Obama's campaign team in New York with Outreach for the Primary elections.

- Mr. Alam was the youngest delegate (from New York) for President Obama in the Democratic National Convention.

- Mr. Alam has been a dedicated leader and involved in programming for immigrant services and awareness programs for Muslims who attended mosques in the Red Hook community. He wanted to ensure the Muslim Community would not be scared of violence due to their beliefs. He hosted workshops with the NYC human rights committee, fed the homeless, and performed community outreach to local mosques, including the Brooklyn Islamic Center. Mr. Alam received an award in 2012 by the late and former District Attorney, Charles Joseph Hynes for his efforts. He also attended meetings for the Joint Terrorism Task Force.

- Mr. Alam hosted a television show highlighting important issues that needed to be addressed on both the city and state level. The show aired on TIME television, a Bangladeshi network based in Queens, New York.

- Mr. Alam helped fund Waterfront Park and helped improve the community with graffiti cleanup, gang intervention, programs in churches, promoting local businesses, and promoting health and safety.

- Mr. Alam has helped hundreds of ordinary residents in Sunset Park with enrolling in public benefits, Medicaid, food stamps, cash assistance, "one-shot deals" for rent payments, and Access-A-Ride services.

- Mr. Alam was aware of the prevalence of asthma in his community that was partly due to pollution from the Brooklyn Queens Expressway area. He worked diligently to spread awareness about asthma in schools, acquired resources for children with asthma, was involved in health studies at NYU Langone, and was involved with a non-profit organization called "UPROSE". He worked with the Environmental Justice Network to provide air monitors to measure pollution and brighter lights for the Gowanus Expressway.

- Mr. Alam has teamed up with law enforcement to combat prostitution, specifically on 3rd Avenue near the Brooklyn Queens Expressway. He connected the community to reports and resources to work together as a team to combat human trafficking, which resulted in the passing of a bill the Assemblyman created that helps victims of sexual abuse. He also helped work on a bill against text messaging while driving.

- In 2017, Mr. Alam worked with Mr. and Mrs. Michael Ojeda on Brianna's Law, which requires State Police and New York Police Department candidates and officers receive CPR training prior to graduation and every two years after. In a recent phone conversation with the father of Brianna, Michael Ojeda, he recalled the zealous advocacy that Mr. Alam exhibited, which lasted for five years, when the law was being considered by the legislatures.

- Mr. Alam is currently very active in the Brooklyn Islamic Center. He is currently assisting the Board of Trustees in the development of their new project and overseeing the relationship the mosque has with their recently retained Land Use Attorney and Architect. Mr. Alam is volunteering in a Project Manager Capacity. Mr. Alam was the one who helped select the Land Use Attorney and Architect, reviewed their proposals, and made a recommendation to the Board of Trustees.

- During the high point of the COVID pandemic, Mr. Alam helped a local funeral home in the installation of shelves in the trailers that would store the bodies of the individuals that died due to COVID and were awaiting burial. In a phone interview, the director Zafr Iqbal, of the funeral home stated that Mr. Alam is an individual that "thinks of the community and not himself". In addition to helping the funeral home, Mr. Alam would assist in raising funds for the families that could not afford the funeral service.

### Mental Health History

Mr. Alam denied every being treated for or hospitalized due to any psychiatric illnesses. He has never sought counseling. Mrs. Alam stated she never witnessed any signs of depression or anxiety in her son when he was a child or even as an adult, prior to his arrest.

Mr. Alam described symptoms he had been experiencing since his arrest such as sleep disturbances, poor appetite (he could not eat and was only drinking Pediasure). He also stated one of his major concerns was the health and well-being of his parents, especially his mother, whose health has been affected by the stress of his pending case. Before his arrest, Mr. Alam was eating healthy and exercising at a fitness center. For months after his arrest, Mr. Alam was isolative, stopped exercising and eating healthy, could not eat for weeks, and was unmotivated. Mr. Alam also stated he has felt great shame and embarrassment due to the publicity of his case and everyone in his neighborhood knowing about his arrest.

In recent months, Mr. Alam has been able to overcome his symptoms of depression and has been now been motivated to continue his academics, exercise more, and is eating a healthier diet. Since November 2019, he has been exercising regularly (six days per week) at his new gym, Lifetime Athletic, and he also practices self-care.


### Substance Abuse History

Mr. Alam denied ever being treated for substance abuse. He also denied any history of substance abuse in his family. His parent's confirmed his abstinence from any illicit drugs or alcohol.

*Medical History*

Mr. Alam denied any chronic medical conditions requiring treatment or any hospitalizations. He did state he has experienced some physical ailments such as headaches, neck pain, and body aches since his arrest.

Mr. Alam's mother, Mrs. Akther, has high blood pressure which has worsened since her son's arrest. She has been experiencing symptoms of depression such as: feeling sad most of the time, difficulty sleeping, and hot flashes, and she suffers from anxiety since his arrest. Mr. Alam, Sr. may have had a mild stroke after the arrest, as he has speech difficulties at times. Mr. Alam, Sr. was especially traumatized on the day the FBI came to their house for a search; he suffered from a medical event and needed urgent medical care that same day. Mr. Alam, Sr. also had gallbladder surgery earlier this year and is currently unable to work. Mr. Alam is very sensitive to his parents' needs and cares deeply about their well-being. He seemed devastated that his parents are enduring this amount of stress related to his arrest.

## CLINICAL & EVIDENCE-BASED CONCLUSIONS

Mr. Alam is a 30-year-old, Bengali-American male of average stature and thin build. A clinical interview was first performed on October 9, 2019 with follow up meetings to obtain psychosocial information and to assess Mr. Alam's mental health status and treatment needs. Mr. Alam appeared well-groomed and appeared his stated age. He cooperated with answering questions throughout the interview, although he had difficulty concentrating, sometimes asked for questions to be repeated, and occasionally seemed to have difficulty expressing his thoughts. In our initial assessment, Mr. Alam reported a depressed and anxious mood and presented with blunted and appropriate affect. His speech rate was normal. He spoke softly, and he had poor eye

contact. Mr. Alam had logical associations, and he was oriented to time, person, and place. Mr. Alam is an intelligent and well-spoken individual with fair insight and fair judgment, but complex global reasoning, due to the onset of specific responsibilities from the age of 14.

Two clinical assessments were completed at the time of the initial interview to assess for depression and anxiety. The results were as follows:

**Center for Epidemiologic Studies Depression Scale (CES-D),**

**National Institute of Mental Health (NIMH)**

A score of 16 or more is considered clinically depressed. Mr. Alam scored a 45, indicating severe symptomology. Symptoms that Mr. Alam discussed during the initial interview correlated with symptoms reflected in his answers for this assessment, including poor appetite, irritability, difficulty concentrating, depressed mood, lack of motivation, feelings of hopelessness and helplessness, feelings of failure, sleep disturbances, and isolating himself.

**Hamilton Anxiety Rating Scale (HAM-A)**

Mr. Alam scored a 25; a score of 25-30 indicated moderate to severe severity. Positive findings (higher ratings) on this assessment that were noted included anxious mood, tension, fears, insomnia, difficulty concentrating, depressed mood (loss of interest in activities he once enjoyed), muscular pain (body aches and neck pain), tinnitus (ringing in his right ear and loss of hearing in same ear), chest tightness, ad tension headaches.

Mr. Alam denied any auditory or visual hallucinations. He also denied any suicidal or homicidal ideation.

Mr. Alam also met for a second interview on January 31, 2020 to assess his clinical needs. He reported his appetite had increased and his sleeping patterns had improved. He was motivated to exercise at a fitness center as well. Although Mr. Alam seemed to have improved in some areas of concern, it is my clinical and professional opinion that he is still experiencing symptoms of anxiety and depression.

Chronic stress and sleep deprivation can affect an individual physically, emotionally, and cognitively. Chronic stress, alone, can impair decision-making. As researchers have studied and explained, chronic stress affects the prefrontal cortex and the orbitofrontal cortex, which helps one ascertain reward and punishment outcomes for behavior. Circadian disruptions (such as when one is sleep deprived) further impair cognition and shrink the medial prefrontal cortical dendrites.[1] It is my clinical and professional opinion that chronic stress and sleep deprivation had an enormous effect on Mr. Alam's ability to use sound judgment due to the cognitive impairments he endured during this time period.

**RECOMMENDATIONS**

In light of the symptomology expressed in the clinical interview and results of various clinical assessments, it is my clinical and professional opinion that Mr. Alam was heavily impacted by his legal situation that stems from the federal charges he plead guilty to. Mr. Alam may benefit from Cognitive Behavioral Therapy to help him learn healthier coping mechanisms, manage stress better, and improve his global decision-making skills.

We ask the Court to respectfully exercise leniency to Mr. Alam in light of the many mitigating circumstances of this case, including Mr. Alam's history of achievements and humane

---

[1] McEwen, B.S. 2012. Brain on stress: How the social environment gets under the skin. *PNAS*, 109(*2*):

acts of goodwill; the chronic stress that may have impaired his decision-making and the moderate-to-severe symptoms of depression and anxiety he has struggled with since his arrest; Mr. Alam's family support; and also that this has been his first and only arrest in his lifetime. We ask the Court to consider the negative effects of incarceration could have on Mr. Alam's mental health and his future, and the devastating impact it could have on his family, especially his mother and father. We also ask the Court to respectfully take into consideration Mr. Alam is providing forfeiture in the total amount of the loss equaling $70,654.94 when making a decision in this case.

We thank the Court and United States District Attorney's office in advance for their time and consideration of this report.

Respectfully submitted,

Antonella Caiazza, LMSW
Forensic Social Work Consultant

Reynaldo Cusicanqui, B.A.
Forensic Mitigation Specialist

ATTACHMENT 1-LETTER FROM PARENT'S

October 7, 2020

Judge Ann Donnelly
US District Court – EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Donnelly:

We write to you today on behalf of our son, Maruf Alam. We write to you to give context on our son, our family and our home so that you can make the most informed decision about what is the best sentence for him. We ask the Court to impose the least restrictive sentence, without any imprisonment and a reasonable period of probation.

Our family is a tight knit and close family and we are a resource to ensure Maruf succeeds in complying with any probationary sentence. We all live in the same home, and see each other every day. We check on each other daily, and we support each other in every way. We are available to ensure Maruf meets any requirements imposed by this Court and the terms of any sentence.

Maruf is a great help to our family. He is a thoughtful and responsible son. He cares for all of us and his sisters very much. And all of us care for him. We depend on Maruf for many things; chores, accompanying us to medical appointments, and chaperoning his youngest sister to school and other events are just some examples. During a recent hospital stay of his father Maruf stepped up to ensure that his father was well taken care of in the hospital and that the rest of the family and home was doing fine.

Maruf's arrest was a difficult and shocking moment for all of us. We understand that Maruf has accepted his guilt and taken responsibility for the offense. As a family we have ensured that full restitution would be given as soon as possible. We have all worked hard as a family to understand how this could happen and to make sure nothing like this can happens again. We believe Maruf will not make this same mistake again and he has learned an important lesson about being accurate and truthful in statements to the government, about accountability and reporting with financial accounts, and about the responsibility that comes with such a position.

We thank the Court for the attention to this letter and case.

Sincerely,

SAIFUL ALAM

MURSHIDA AKTHER

ATTACHMENT 2-ARTICLE REGARDING MR.
ALAM'S SISTER

HOME → COMMUNICATIONS → PRESSROOM → NEWS → HUNTER COLLEGE STUDENT SAFIA MAHJEBIN WINS PRESTIGIOUS TRUMAN SCHOLARSHIP

# Hunter College Student Safia Mahjebin Wins Prestigious Truman Scholarship



President Jennifer J. Raab announced that Hunter College junior, Safia Mahjebin, has just been named a Truman Scholar. Mahjebin is one of 59 new Truman Scholars selected from among 756 candidates at 311 colleges and universities nationwide. The Truman Scholarship is one of the most coveted of nationally competitive scholarships and supports two years of graduate study. It was founded in 1975 to prepare future generations for careers in public service leadership.

"I've known Safia since her first year at Hunter and have watched her progress as a Roosevelt Scholar through a string of fellowships and public service initiatives that have distinguished her as an outstanding public service leader of the future. We are so very gratified that the Truman Foundation has recognized Safia's already significant contribution to the cause of children's rights by bestowing this distinction." While at Hunter, Mahjebin has been instrumental in helping to pass legislation to raise the legal age of marriage for girls in New York State from 14 to age 17, by testifying before the New York State Assembly.

Mahjebin is only the second student in Hunter's history to win a Truman. Christine Curella, who majored in Urban Studies and Economics at Hunter, earned the honor in

2006–07, before getting a Master's in                     City Planning at the Massachusetts Institute of Technology. Curella currently works for the New York City Mayor's Office.

A philosophy major, Mahjebin became a JFEW Scholar at Roosevelt House in her sophomore year, and this year was named a Mellon Mays Undergraduate Fellow. Mahjebin is the only Truman Scholar in this year's class from a public university in New York. Mahjebin plans to pursue both a JD and PhD in Islamic Studies so that she can advocate for women throughout the world: "I want to make the world a better place for girls and women, than the world I came into."

President Raab points out that Mahjebin is the latest in a group of outstanding Hunter students who have won prestigious international scholarships at Hunter this year. Thamara Jean received a Rhodes Scholarship in November and Matthew

- HOME
- NEWS
- CALENDAR
- MEDIA RELATIONS
- PUBLICATIONS
- PHOTO/VIDEO RELEASE FORM
- STYLE GUIDE
- FACULTY & STAFF DIRECTORY
- CONTACT US
- ACCREDITATION
- PRESSROOM
  - News

## Hunter Headlines

Hunter College Celebrates a Banner Year for Diversity with 26 New Faculty Appointments

Alumna Vanessa Ruta Receives 2019 MacArthur Fellowship, Commonly Known as the "Genius Grant"

Vanessa Ruta '00 Named 2019 MacArthur "Genius" Fellow

In Memoriam: Professor John Loustau

President Raab and CUNY Chancelor Rodriguez Open Puerto Rican Summit

More...

## Hunter in the News

Isabella Rossellini speaks with WNYC about getting her master's at Hunter and her new theater production

Roosevelt House Director Harold Holzer pens

Locastro was recently named a Luce Scholar. "These achievements only underscore the high caliber of our student body and the important work of the Ruth and Harold Newman office of Prestigious Scholarships & Fellowships in supporting our students in their pursuit of excellence."

## NAVIGATION

- Hunter Headlines
- Hunter in the News

article for the New York Daily News commemorating the 154th anniversary of Abraham Lincoln's 1865 death

Hunter College alumna Veronica Pasha BSN '15 tells viewers what its really like to be a registered nurse (CNBC)

Hunter College alumna Veronica Pasha BSN '15 tells viewers what its really like to be a registered nurse (CNBC)

High School senior & three-sport athlete Luca Wernick is a straight-A student who inspires his fellow teammates on & off the court (Spectrum News NY1)

More...

HUNTER COLLEGE
695 Park Ave
NY, NY 10065
212.772.4000

ATTACHMENT 3-CITATION OF HONOR

# Citation of Honor



EXCELSIOR

Presented to

## MARUF MITU ALAM
### DIRECTOR OF COMMUNITY AFFAIRS
### DISTRICT 51

For your tireless advocacy on behalf of the South Asian Americans in NYC, and your immeasurable contributions to the Bangladeshi community here in Brooklyn.

On the occasion of Asian Pacific American Heritage Month, I commend you for your many accomplishments and the stellar example you have set for all those facing adversity.

Given under my hand and seal in The City of New York and county of Kings this 21st day of May 2013

CHARLES J. HYNES
DISTRICT ATTORNEY KINGS COUNTY

ATTACHMENT 4-PHOTOGRAPHS OF
HURRICANE SANDY RELIEF







ATTACHMENT 4-CHARACTER REFERENCE
LETTER FROM PRESIDENT OF REDHOOK
RESIDENCE

REDHOOK WEST RESIDENT ASSOC.INC
428 COLUMBIA STREET 2C
BROOKLYN, NY 11231
February 11, 2020
347-448-5669 Office
718-755-5027 moble#
February 11, 2020

Re: Maruf Alam

Good morning Ms. Caiazza,

I am Ms Lillie Marshall, President of Redhook West Resident Association for the past 25 years.

I have known Mr Alam for many years fifteen years or more. It's an honor to speak on his behalf. Maruf is a wonderful person and dedicated . Should I add he's very articulate, a hard worker, sincere, have a lot of patience and work well with others also a team player.

Over the years even during Storm Sandy in 2012 we were together 6-7 days per week walking, knocking on doors to make sure all was well. This was a very difficult time but with team work of many others we worked hard to make sure our seniors and all residents had plenty of supplies and food. We managed to keep down all violence at that time.

You will be happy to have him on your team. I recommend him highly without a question. Feel free to call me at any time on my mobile number.

Respectfully,

*Lillie Marshall*

Lillie Marshall-Pres. Redhook West
VP- CCOP citywide corp of presidents
CHAIR –Brooklyn South Division

ATTACHMENT 5- COLLEGE OF STATEN
ISLAND ENROLLMENT VERIFICATION

5/30/2020

View My Grades



SEARCH:

HOME | ADD TO MY LINKS | SIGN OUT

**College of
Staten Island**
The City University of New York

Favorites   Main Menu   Student Center   View My Grades

**Maruf Alam**

**2020 Spring Term > Undergraduate > College of Staten Island**

▽ Class Grades - 2020 Spring Term

| Class | Description | Units | Grading | Grade | Grade Points |
|---|---|---|---|---|---|
| CIN 111 | Video I | 3.00 | Undergraduate Letter Grades | A- | 11.100 |
| MTH 113 | Probab/Statistics | 4.00 | Undergraduate Letter Grades | F | |
| POL 316 | The Politics of Evil | 4.00 | Undergraduate Letter Grades | C | 8.000 |

▷ Term Statistics - 2020 Spring Term

Return to View My Grades

https://home.cunyfirst.cuny.edu/psp/cnyepprd/EMPLOYEE/CAMP/c/SA_LEARNER_SERVICES.SSS_STUDENT_CENTER.GBL?FolderPath=PORTA...   1/1